

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CHRISTOPHER NAPIER, | § | No. 08-18-00050-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D04503) |
| | § | |

## **O R D E R**

The Court received and filed the supplemental clerk's record as requested in its order issued July 9, 2018. The appeal is therefore reinstated, and the Appellant's brief is now due August 30, 2018.

IT IS SO ORDERED this 31st day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.